IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02363-WDM

EUGENE WIDEMAN, JR.,

    Plaintiff,

v.

AMELIA GARCIA, et al.,

    Defendants.

_____

**ORDER**
_____

    In accordance with the October 23, 2007 mandate of the United States Court of Appeals, it is now ordered that the clerk of the Court amend its judgment to dismiss this case without prejudice.

    DATED at Denver, Colorado, on November 1, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL