IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02363-WDM

EUGENE WIDEMAN, JR.,

    Plaintiff,

v.

AMELIA GARCIA, et al.,

    Defendants.

_____

## AMENDED ORDER
_____

    In accordance with the October 23, 2007 mandate of the United States Court of Appeals, it is now ordered that the clerk of the Court amend its judgment to dismiss the claims against Pueblo County, Colorado without prejudice.  Plaintiff's claims against Cesar Chavez Academy remain pending.  Plaintiff shall file proof of service on Cesar Chavez Academy on or before December 7, 2007 or the case will be dismissed without prejudice without further notice.

    DATED at Denver, Colorado, on November 20, 2007

                                                                BY THE COURT:

                                                                s/ Walker D. Miller
                                                                 United States District Judge

PDF FINAL