IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 06-cv-02363-MEH-KMT | **FTR** – Courtroom C203 |
| **Date:** April 10, 2008 | Debra Brown, Courtroom Deputy |

EUGENE WIDEMAN, JR.,                      *Pro Se*

    Plaintiff,

v.

AMELIA GARCIA and                  (No appearance)
CEASAR CHAVEZ ACADEMY,          Excused

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session: 9:22 a.m.**

Court calls case. There is no appearance of *pro se* Plaintiff.

The Court reviews status of the case and the unserved Defendant Amelia Garcia and [53] MOTION to Withdraw Complaint against Defendants Caesar Chavez Academy by Plaintiff.

**ORDERED:** [53] MOTION to Withdraw Complaint against Defendants Caesar Chavez Academy by Plaintiff is **GRANTED.**

**ORDERED:** The Court will issue an order to Show Cause why the case should not be dismissed for Plaintiff's failure to appear, failure to prosecute and failure to serve.

**Court in recess: 9:24 a.m.**     (Hearing concluded)
Total time in court:     0:02