IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02363-MEH-KMT

EUGENE WIDEMAN, JR.,

    Plaintiff,

v.

AMELIA GARCIA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 10, 2008.**

    In light of this Order granting the Plaintiff's Motion to Withdraw Complaint [doc #57], Plaintiff's Motion to Compel [filed March 27, 2008; doc #49] is **denied as moot**. In addition, the Clerk of the Court is directed to correct docket #52, which is a response to Plaintiff's Motion to Compel rather than a motion itself.