IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02363-MEH-KMT

EUGENE WIDEMAN, JR.,

    Plaintiff,

v.

CEASAR CHAVEZ ACADEMY,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Before the Court is Plaintiff's Motion to Withdraw Complaint [Docket #53]. Defendant does not oppose Plaintiff's requested relief [Docket #54]. On October 1, 2007, the Tenth Circuit Court of Appeals remanded this case solely on the claim "that defendant Cesar Chavez Academy, a public charter school in Pueblo, Colorado, violated [Plaintiff's] constitutional rights by denying him equal access to CG-W's school records." Dock. #27 at 5. Because Plaintiff asserts that he does not wish to pursue this claim at this time, the case will be dismissed without prejudice.

Accordingly, it is hereby ORDERED that this case, in its entirety, be **dismissed without prejudice**.

Dated at Denver, Colorado, this 14th day of April, 2008.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge